Case 2:22-cr-00133-TOR ECF No. 567 filed 04/06/23 PageID.1226 Page 1 of 1
Case 2:23-mj-0153-BAT *SEALED* Document 1 *PUBLIC CREATE* filed 04/06/23

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br>Sasha M Barajas<br><br>*Defendant* | )<br>)  Case No.  2:22CR00133-TOR-5<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Sasha M Barajas                         ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ❏ Complaint
❏ Probation Violation Petition      ☑ Pretrial Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

See Petition and Order filed 4/6/2023.

Date: Apr 06, 2023, 11:55 am

*Issuing officer's signature*

City and state:  Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. <br><br>Date: _____<br><br>*Arresting officer's signature*<br><br>*Printed name and title* |

PS 8
(3/15)

Case 2:22-cr-00133-TOR ECF No. 564 filed 04/04/23 PageID.1216 Page 1 of 2

Case 1:23-mj-00153-BAT Document 10 Filed 04/10/23 Page 2 of 13

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 04, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Barajas, Sasha M | Docket No. | 0980 2:22CR00133-TOR-5 |

**Amended Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Sasha M. Barajas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 19th day of October 2022, under the following conditions:

Standard Condition #9: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

This petition has been amended from the petition submitted to the court on March 29, 2023 (ECF 561), reflecting corrected dates pertaining to violation #2. A summons was issued by The Honorable James A. Goeke on March 29, 2023. Ms. Barajas has a hearing scheduled for April 20, 2023.

On October 20, 2022, the conditions of pretrial release were reviewed and signed by Sasha Barajas in the Western District of Washington, acknowledging an understanding of her conditions.

Violation #1: Sasha Barajas is alleged to being in violation of pretrial release by consuming controlled substances, methamphetamine and fentanyl, on or about March 9, 2023.

On March 14, 2023, this officer was contacted via email by the supervising officer in the Western District of Washington, advising Ms. Barajas submitted a random drug test on March 9, 2023. Results were received on March 27, 2023, confirming a positive reading for methamphetamine and fentanyl. Per the supervising officer, he confronted Ms. Barajas about the positive drug test and she stated it was "residual" from her prior use between February 25 and 26, 2023.

Violation #2 (amended from ECF 561): Sasha Barajas is alleged to being in violation of pretrial release by consuming controlled substance, fentanyl, on or about March 21, 2023.

On March 22, 2023, this officer was contacted via email by the supervising officer in the Western District of Washington, advising Ms. Barajas submitted a random drug test on March 21, 2023, which tested presumptive positive for fentanyl. The sample was sent to Millennium Health for confirmation. Per the supervising officer, he confronted Ms. Barajas about the positive drug test and she denied drug use. She further stated her last drug use was in February 2023. She claimed she has been sober and has not knowingly used a controlled substance. Results from this sample were received April 3, 2023, confirming a positive reading for fentanyl.

PRAYING THAT THE COURT WILL UPHOLD THE SUMMONS AND ACCEPT THE ABOVE-NOTED MODIFICATIONS

PS-8
Re: Barajas, Sasha M
April 3, 2023
Page 2

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: April 3, 2023 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

April 4, 2023

Date

Case 2:22-CR-00133-TOR ECF No. 504 filed 04/10/23 PageID.1218 Page 1 of 2
Case 2:23-mj-00163-RMP *NOT FILED IN CR DOCKET* Page *4* of 13 filed 04/04/23
EDWA 52                                                              Sasha M Barajas/2:22CR00133-TOR-5

# AMENDED VIOLATION REPORT – UPHOLD THE SUMMONS

| District/Office<br>Eastern District of Washington/Spokane | Charge(s) (Title, Section, and Description)<br>**Count 1**: 18 U.S.C. § 1349 - Conspiracy to Commit Bank Fraud |
|---|---|
| Judicial Officer<br>The Honorable Alex E. Ekstrom<br>U.S. Magistrate Judge | **Counts 7 - 13**: 18 U.S.C. § 1344(1)(2) - Bank Fraud |
| Docket Number (Year – Sequence No. – Def. No.)<br>2:22CR00133-TOR-5 | |

## DEFENDANT

| Name<br>Sasha M Barajas | Address<br>16410 108th Ave S.E.<br>Renton, WA 98055 |
|---|---|

RECEIVED
Apr 04, 2023
CLERK, U.S. DISTRICT COURT

Your Honor,

On October 19, 2022, the Court held an initial appearance and arraignment based on an indictment. Ms. Barajas appeared out of custody from the Western District of Washington, (where she resides) via video conference with her attorney. Ms. Barajas was subsequently released onto pretrial supervision with conditions to include no controlled substance use. Ms. Barajas continues to be supervised in the Western District of Washington.

This report has been amended from the report submitted to the Court on March 29, 2023 (ECF 561), reflecting corrected dates pertaining to violation #2, and additional information received. A summons was issued by The Honorable James A. Goeke on March 29, 2023. Ms. Barajas has a hearing scheduled for April 20, 2023.

**COMPLIANCE WITH SUPERVISION CONDITIONS:**

According to the supervising probation officer in the Western District of Washington, prior to the three reported relapses in less than 60 days, Ms. Barajas was compliant with her conditions of pretrial release. The supervising officer reports Ms. Barajas is classified as a low-risk defendant; therefore, face to face contact was minimal. Based on her continued drug use, face to face contact has been increased and her outpatient treatment has also been increased. As a corrective action to address Ms. Barajas' relapse in February and March 9, 2023, Ms. Barajas was directed to disclose the relapse to her treatment provider, who, in turn increased her treatment from outpatient to intensive outpatient treatment. Ms. Barajas is attending substance abuse treatment groups three times per week, and she continues to submit to random colorline drug tests weekly in the Western District of Washington. However, it appears Ms. Barajas is continuing to struggle with drug use.

Case 2:22-cr-00133-TOR ECF No. 504 filed 04/10/23 PageID.1219 Page 2 of 2
Case 2:22-cr-00133-BAT Document 1 *NOT ON PUBLIC DOCKET* Filed 04/04/23 Page 5 of 13
EDWA 52                                                                    Sasha M Barajas/2:22CR00133-TOR-5

On March 22, 2023, this officer received, via email, a presumptive positive drug test for fentanyl from the Western District Washington. The sample was sent to Millennium Health for confirmation. Results were received April 3, 2023, from the Western District of Washington, confirming a positive reading for fentanyl.

On March 28, 2023, this officer was contacted by the supervising officer in the Western District of Washington, advising Ms. Barajas submitted a random drug test on March 28, 2023, which tested presumptive positive for fentanyl. Results from this urine sample are pending as of the submission of this report.

**DEFENDANT CHARACTERISTICS:**

Per the supervising probation officer in the Western District of Washington, Ms. Barajas is employed full time at a local Shell gas station. She has provided verification of her employment. The defendant has never been married nor had children and is cohabiting with her boyfriend at the address noted above. They rent a downstairs unit of this residence. They have two medium-sized, friendly, dogs.

**RECOMMENDATION:**

As a summons has previously been issued. Based upon the above-listed information, this officer respectfully recommends the Court require Ms. Barajas to appear to answer to the allegations in the attached amended petition.

| Pretrial Services Officer | Date | |
|---|---|---|
| s/Linda J. Leavitt<br>Leavitt, Linda J., U.S. Probation Officer | 04/03/2023 | |
| Reviewed By<br>s/SanJuanita B. Coronado<br>SanJuanita B. Coronado, Supervisory U.S. Probation Officer | | |

PS 8
(3/15)

Case 2:22-cr-00133-TOR ECF No. 563 (Court only) Filed 04/10/23 PageID.docket *** filed
Case 2:22-cr-00133-TOR ECF No. 560 (Court only) Filed 04/10/23 PUBLIC DOCKET
04/06/23   PageID.1222   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.      Barajas, Sasha M      Docket No.      0980 2:22CR00133-TOR-5

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Sasha M. Barajas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 19th day of October 2022, under the following conditions:

Standard Condition #9: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 20, 2022, the conditions of pretrial release were reviewed and signed by Sasha Barajas in the Western District of Washington, acknowledging an understanding of her conditions.

Violation #3: Sasha Barajas is alleged to being in violation of pretrial release by consuming controlled substance, fentanyl, on or about March 29, 2023.

On April 4, 2023, this officer was contacted via email by the supervising officer in the Western District of Washington, advising Ms. Barajas submitted a random drug test on March 29, 2023, which tested presumptive positive for fentanyl. Results from the Western District of Washington's testing facility were received April 4, 2023, reflecting a positive reading for fentanyl. The sample was sent to Abbott Laboratory for further confirmation. Per the supervising officer, he confronted Ms. Barajas about the positive drug test and she stated she does not know why it is positive. Confirmation from Abbott Laboratory is pending as of the submission of this report.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND INCORPORATE THE ABOVE-NOTED ALLEGATION WITH THE PENDING PETITION PREVIOUSLY SUBMITTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   04/06/2023 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

Case 2:22-cr-00133-NT ***COMMONLY FILED IN PUBLIC DOCKET*** filed
Case 2:22-cr-00168-NT Document 110 Filed 04/10/23 PageID.1223 Page 2 of 2
PS-8 04/06/23

**Re: Barajas, Sasha M**
**April 6, 2023**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

April 6, 2023
Date

Case 2:22-cr-00133-TOR ECF No. 566-1 filed 04/10/23 PageID.3013
Case 2:22-cr-00133-RMP *DOCUMENT only Filed 04/06/23 Page 1 of 3 DOCKET*** filed
04/06/23 PageID.1224 Page 1 of 2

EDWA 52                                                                                                    Sasha M Barajas/2:22CR00133-TOR-5

# VIOLATION REPORT –REQUEST FOR A WARRANT

| District/Office | Charge(s) (Title, Section, and Description) |
|---|---|
| Eastern District of Washington/Spokane | **Count 1**: 18 U.S.C. § 1349 - Conspiracy to Commit Bank Fraud |
| Judicial Officer | |
| The Honorable Alex E. Ekstrom | |
| U.S. Magistrate Judge | **Counts 7 - 13**: 18 U.S.C. § 1344(1)(2) - Bank Fraud |
| Docket Number (Year – Sequence No. – Def. No.) | |
| 2:22CR00133-TOR-5 | |

## DEFENDANT

| Name | Address |
|---|---|
| Sasha M Barajas | 16410 108th Ave S.E. |
| | Renton, WA 98055 |

RECEIVED
Apr 06, 2023
CLERK, U.S. DISTRICT COURT

Your Honor,

On October 19, 2022, the Court held an initial appearance and arraignment based on an indictment. Ms. Barajas appeared out of custody from the Western District of Washington, (where she resides) via video conference with her attorney. Ms. Barajas was subsequently released onto pretrial supervision with conditions to include no controlled substance use. Ms. Barajas continues to be supervised in the Western District of Washington.

Ms. Barajas has one prior no action petition submitted to the Court dated March 3, 2023, surrounding consuming controlled substances, methamphetamine and fentanyl (ECF 510).

Currently one violation petition is pending before the Court containing two violations (ECF 564). Ms. Barajas has a hearing set before the Honorable James A. Goeke for April 20, 2023.

**COMPLIANCE WITH SUPERVISION CONDITIONS:**

According to the supervising probation officer in the Western District of Washington, prior to the pending violations before the Court, Ms. Barajas was compliant with her conditions of pretrial release, to his knowledge. The supervising officer reports Ms. Barajas is classified as a low-risk defendant; therefore, face to face contact was minimal. However, based on her continued drug use, face to face contact was increased and her outpatient substance abuse treatment was increased from outpatient to intensive outpatient treatment. Ms. Barajas; however, continues to test positive for controlled substances.

Case 2:22-cr-00133-TOR ECF No. 566-1 filed 04/10/23 PageID.9 *SEALED*
Case 2:22-cr-00133-RMP Document 1 (Court only) Filed 04/06/23 PageID.1225 Page 2 of 2
EDWA 52                                                                                  Sasha M Barajas/2:22CR00133-TOR-5

On March 22, 2023, this officer received, via email, from the Western District Washington advising Ms. Barajas submitted a random drug test on March 21, 2023, which was presumptive positive drug test for fentanyl. The sample was sent to Millennium Health for confirmation. Results were received April 3, 2023, from the Western District of Washington, confirming a positive reading for fentanyl.

On April 4, 2023, this officer was again contacted by the supervising officer in the Western District of Washington, advising Ms. Barajas submitted a random drug test on March 29, 2023, which tested presumptive positive for fentanyl. Results from the Western District of Washington's testing facility were received April 4, 2023, reflecting a positive reading for fentanyl. The sample was sent to Abbott Laboratory for further confirmation.

Per the supervising officer, when Ms. Barajas was asked why her drug tests continue testing positive, she stated she "does not know." It appears since March 2023, Ms. Barajas has not been able to maintain sobriety and has continued to consume controlled substances, even while in intensive outpatient treatment.

**DEFENDANT CHARACTERISTICS:**

Per the supervising probation officer in the Western District of Washington, Ms. Barajas is employed full time at a local Shell gas station. She has provided verification of her employment. The defendant has never been married or had children and is cohabiting with her boyfriend at the address noted above. They rent a downstairs unit of this residence. They have two medium-sized, friendly, dogs.

**RECOMMENDATION:**

Based upon the above-listed information, this officer respectfully recommends the Court issue a warrant and incorporate the attached violation with the violations previously reported to the Court.

| Pretrial Services Officer | Date | |
|---|---|---|
| s/Linda J. Leavitt<br>Leavitt, Linda J., U.S. Probation Officer | 04/06/2023 | |
| Reviewed By<br>s/SanJuanita B. Coronado<br>SanJuanita B. Coronado, Supervisory U.S. Probation Officer | | |

Page 2

Case 2:23-mj-563 *Currently Filed in PUBLIC DOCKET*** filed 04/07/23

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Apr 07, 2023
SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Barajas, Sasha M | Docket No. | 0980 2:22CR00133-TOR-5 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Sasha M. Barajas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 19th day of October 2022, under the following conditions:

Standard Condition #9: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 20, 2022, the conditions of pretrial release were reviewed and signed by Sasha Barajas in the Western District of Washington, acknowledging an understanding of her conditions.

Violation #4: Sasha Barajas is alleged to being in violation of pretrial release by consuming controlled substance, fentanyl, on or about April 4, 2023.

On April 6, 2023, this officer was contacted via email by the supervising officer in the Western District of Washington, advising Ms. Barajas submitted a random drug test on April 4, 2023, which tested presumptive positive for fentanyl. Results from the Western District of Washington's testing facility were received April 6, 2023, reflecting a positive reading for fentanyl. The sample was sent to Abbott Laboratory for further confirmation. Per the supervising officer, Ms. Barajas continues to deny use. Confirmation from Abbott Laboratory is pending as of the submission of this report.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE-NOTED ALLEGATION WITH THE PENDING PETITIONS PREVIOUSLY SUBMITTED TO THE COURT

|   |   |   |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on: 04/07/2023 |
| | by | s/Linda J. Leavitt |
| | | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

PS-8

Re: Barajas, Sasha M
April 7, 2023
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_Alexander C. Ekstrom_

Signature of Judicial Officer

April 7, 2023

Date

Case 2:22-cr-00133-TOR ECF No. 568 filed 04/10/23 PageID.1267 Page 12 of 13
Case 2:22-cr-00133-TOR-BAT Document only *MULTI PUBLIC DOCKET*** filed 04/07/23 PageID.1229 Page 1 of 2
EDWA 52                                                                                                          Sasha M Barajas/2:22CR00133-TOR-5

# VIOLATION REPORT –REQUEST TO INCORPORATE THE ATTACHED VIOLATION WITH THE VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

| District/Office | Charge(s) (Title, Section, and Description) |
|---|---|
| Eastern District of Washington/Spokane | **Count 1**: 18 U.S.C. § 1349 - Conspiracy to Commit Bank Fraud |
| Judicial Officer | |
| The Honorable Alex E. Ekstrom | |
| U.S. Magistrate Judge | **Counts 7-13**: 18 U.S.C. § 1344(1)(2) - Bank Fraud |
| Docket Number (Year – Sequence No. – Def. No.) | |
| 2:22CR00133-TOR-5 | |

## DEFENDANT

| Name | | Address |
|---|---|---|
| Sasha M Barajas | RECEIVED Apr 07, 2023 CLERK, U.S. DISTRICT COURT | 16410 108th Avenue S.E. Renton, WA 98055 |

On October 19, 2022, the Court held an initial appearance and arraignment based on an indictment. Ms. Barajas appeared out of custody from the Western District of Washington, (where she resides) via video conference with her attorney. Ms. Barajas was subsequently released onto pretrial supervision with conditions to include no controlled substance use. Ms. Barajas continues to be supervised in the Western District of Washington.

Ms. Barajas has one prior no action petition submitted to the Court dated March 3, 2023, surrounding consuming controlled substances, methamphetamine, and fentanyl (ECF 510).

Currently two violation petitions are pending before the Court (ECF 564, amended, and ECF 566). Ms. Barajas has a hearing set before the Honorable James A. Goeke for April 20, 2023.

**COMPLIANCE WITH SUPERVISION CONDITIONS:**

According to the supervising probation officer in the Western District of Washington, prior to the pending violations before the Court, Ms. Barajas was compliant with her conditions of pretrial release, to his knowledge. The supervising officer reports Ms. Barajas is classified as a low-risk defendant; therefore, face to face contact was minimal. However, based on her continued drug use, face to face contact was increased and her outpatient substance abuse treatment was increased from outpatient to intensive outpatient treatment. However, Ms. Barajas continues to test positive for controlled substances.

On March 22, 2023, this officer received an email from the Western District Washington, advising Ms. Barajas submitted a random drug test on March 21, 2023, which was presumptive positive for fentanyl. The sample was sent to Millennium Health for confirmation. Results were received April 3, 2023, from the Western District of Washington, confirming a positive reading for fentanyl.

Page 1

Case 2:22-cr-00133-TOR ECF No. 156 filed 04/10/23 PageID.13 of 13
Case 2:22-cr-00133-TOR-BAT (Court only) Filed 04/07/23 PageID.1230 Page 2 of 2
EDWA 52                                                              Sasha M Barajas/2:22CR00133-TOR-5

On April 4, 2023, this officer was again contacted by the supervising officer in the Western District of Washington, advising Ms. Barajas submitted a random drug test on March 29, 2023, which tested presumptive positive for fentanyl. Results from the Western District of Washington's testing facility were received April 4, 2023, reflecting a positive reading for fentanyl. The sample was sent to Abbott Laboratory for further confirmation.

On April 6, 2023, this officer was again contacted by the supervising officer in the Western District of Washington, advising Ms. Barajas submitted a random drug test on April 4, 2023, which tested presumptive positive for fentanyl. Results from the Western District of Washington's testing facility were received April 6, 2023, reflecting a positive reading for fentanyl. The sample was sent to Abbott Laboratory for further confirmation.

Per the supervising officer, when Ms. Barajas was asked why her drug tests continue testing positive, she stated she "does not know." It appears since March 2023, Ms. Barajas has not been able to maintain sobriety and continues to consume controlled substances, even while in intensive outpatient treatment.

**DEFENDANT CHARACTERISTICS:**

Per the supervising probation officer in the Western District of Washington, Ms. Barajas is employed full-time at a local Shell gas station. She provided verification of her employment. The defendant has never been married nor had children and is cohabiting with her boyfriend at the address noted above. They rent a downstairs unit of this residence. They have two medium-sized, friendly, dogs.

**RECOMMENDATION:**

Based upon the above-listed information, this officer respectfully recommends the Court incorporate the attached violation with the violations previously reported to the Court.

| Pretrial Services Officer | Date | |
|---|---|---|
| s/Linda J. Leavitt<br>Leavitt, Linda J., U.S. Probation Officer | 04/07/2023 | |
| Reviewed By<br>s/SanJuanita B. Coronado<br>SanJuanita B. Coronado, Supervisory U.S. Probation Officer | | |